# Court of Appeals
# of the State of Georgia

ATLANTA, May 19, 2025

*The Court of Appeals hereby passes the following order:*

## A25E0121.  PATTEE v. GEORGE.

Upon consideration of Appellant's "Petition for Emergency Writ of Mandamus," the same is hereby DENIED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 05/19/2025

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*